UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Katena Armstrong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10174-DRH |
| *Danielle Duncan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13349-DRH |
| *Christina Halstead v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10004-DRH |
| *Natasha Hester v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11031-DRH |
| *Jessica Goodman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11028-DRH |
| *Melissa Gorman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10153-DRH |
| *Mary Schwenke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10163-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 7, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**

**BY:** /s/*Sara Jennings*
**Deputy Clerk**

Dated: November 12, 2013

Digitally signed by
David R. Herndon
Date: 2013.11.12
11:49:21 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT

2